UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SAMUEL MONTINI**

**V.**                                                                 **CIVIL ACTION NO. 12-11296-DJC**

**JOSEPH C. LAWLER, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

      In accordance with the Memorandum and Order dated March 26, 2014, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

May 1, 2014                                                                 /s/ Lisa M. Hourihan
                                                                                                                             Deputy Clerk